**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jay Truesdale | | |
| DEBTOR | : | BKY. NO.  19-13913MDC13 |

**NOTICE OF OBJECTION TO PROOF OF CLAIM**
**#1 OF  THE PHILADELPHIA PARKING AUTHORITY**

Debtor's Counsel has filed an objection to the proof of claim #1 of the Philadelphia Parking Authority filed in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.**  **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection scheduled to be held before the **Honorable Magdeline D. Coleman**, on **October 15, 2019** at **10:30 a.m.** in **Courtroom No.2**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Respectfully submitted,

Date September 3, 2019             __s/_____
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060