**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER 13
Jay R. Truesdale

       DEBTOR              :        BKY. NO.  19-13913MDC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

                              Respectfully Submitted,

Date:  September 26, 2019        _____s/_____
                                      MICHAEL A. CATALDO, ESQUIRE
                                      CIBIK & CATALDO, P.C.
                                      1500 WALNUT  STREET, STE. 900
                                      PHILADELPHIA, PA  19102
                                      (215) 735-1060