**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :          CHAPTER 13
Jay Truesdale
      DEBTOR                                :          BKY. NO. 19-13913MDC13

## ORDER

AND NOW, this 26th day of November, 2019 upon consideration of Debtor's Objection to Proof of Claim #1 of the Philadelphia Parking Authority and any response and after a hearing

It is hereby ORDERED that the Objection is Sustained. The claim is disallowed and stricken.

By the Court:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge