United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13913-mdc
Jay R. Truesdale                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1            Date Rcvd: Nov 26, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db          #+Jay R. Truesdale,   1819 N. Natrona Street,   Philadelphia, PA 19121-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
     KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
     bkgroup@kmllawgroup.com
     MICHAEL A. CATALDO2    on behalf of Debtor Jay R. Truesdale ecf@ccpclaw.com,
     igotnotices@ccpclaw.com
     MICHAEL A. CIBIK2    on behalf of Debtor Jay R. Truesdale ecf@ccpclaw.com,   igotnotices@ccpclaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :        CHAPTER 13
Jay Truesdale
        DEBTOR                   :        BKY. NO. 19-13913MDC13


ORDER

AND NOW, this 26th day of November, 2019 upon consideration of Debtor's Objection to Proof of Claim #1 of the Philadelphia Parking Authority and any response and after a hearing

It is hereby ORDERED that the Objection is Sustained. The claim is disallowed and stricken.

By the Court:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge