```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                        Case No. 19-13913-mdc
Jay R. Truesdale                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Jan 16, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db             #+Jay R. Truesdale,    1819 N. Natrona Street,    Philadelphia, PA 19121-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Jay R. Truesdale ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Jay R. Truesdale ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JAY TRUESDALE,<br>Debtor(s). | Case No. 19-13913MDC13<br>Chapter 13 |

### ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this 15th day of January, 2020, upon consideration of the Application for Compensation, it is

ORDERED that compensation of **$4,500.00** is allowed and the balance due to counsel in the amount of **$3,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. C_____
HON. MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE