# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13913-MDC

JAY R TRUESDALE

1819 N. NATRONA STREET

PHILADELPHIA, PA 19121-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAY R TRUESDALE

    1819 N. NATRONA STREET

    PHILADELPHIA, PA 19121-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

                                          /S/ Kenneth E. West

Date: 4/28/2022                                    _____

                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee