UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JAY R TRUESDALE

Chapter 13

Debtor

Bankruptcy No. 19-13913-MDC

# **O R D E R**

**AND NOW**, this ___9th___ day of _____June_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
MICHAEL A. CIBIK, ESQ.  
1500 WALNUT STREET  
SUITE 900  
PHILADELPHIA, PA 19102-

Debtor:  
JAY R TRUESDALE

1819 N. NATRONA STREET

PHILADELPHIA, PA 19121-